**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| UPTON ASSETS, LLC, | § | CASE NO. 26-50916 |
| | § | |
| DEBTOR | § | CHAPTER 11 |

**CO-CREDITOR/CO-PLAINTIFFS JOINDER OF**
**EMERGENCY MOTION TO DISMISS CHAPTER 11 CASE AS BAD FAITH FILING**
**OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

Emergency relief has been requested. Relief is not requested later than 1:00pm CT on April 8, 2026.

If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior ot the date that relief is requesting in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.

TO THE HONORABLE JUDGE AUBREY L. THOMAS,
UNITED STATES BANKRUPTCY JUDGE

Co-Creditors/Co-Plaintiffs Vianey Lopez, Individually and as Next friend of A.A., a minor child, and as representative of the Estate of Angel Alaffa, and Roberto Alaffa, and Dora Alaffa (Collectively "Co-Plaintiffs[1]") are co-plaintiffs in the wrongful death trial pending in the 381st Judicial District Court of Starr County, Texas, entitled *Elizabeth Garcia, et al, v. Upton Assets, LLC, et al.*, Cause No. DC-23-465 (the "State Court Action").

Co-Creditors/Co-Plaintiffs hereby join Creditors/Plaintiffs *Emergency Motion to Dismiss Chapter 11 Case as a Bad Faith Filing or, in the Alternative, for Relief from the Automatic Stay* ("Motion") filed with this Court on April 7, 2026 (Doc. No. 3), and respectfully join the showing made by Creditors/Plaintiffs in that motion.

---

[1] In the underlying State Court Action, Co-Creditors/Co-Plaintiffs are identified as "Counterclaim Plaintiff, Cross Plaintiff, and Plaintiffs-Interventors.

1

**CONCLUSION**

For the reasons set out in Plaintiffs/Creditors April 7, 2026 *Emergency Motion to Dismiss Chapter 11 Case as a Bad Faith Filing or, in the Alternative, for Relief from the Automatic Stay,* Co-Creditors/Co-Plaintiffs seek the same relief as requested in that filing, to wit, that the Court: (i) grant this Motion and enter an order substantially in the form of the proposed order attached therewith; (ii) dismiss this Case or, in the alternative, grant stay relief so that Plaintiffs and Co-Plaintiffs may continue with the trial in the State Court and otherwise adjudicate its claims, and (iii) grant it all further relief that is just and proper.

Dated: April 7, 2026

Respectfully Submitted:

MARTINEZ REILLY, LLP

/s/ Marion M. Reilly
Marion M. Reilly
Federal ID. 1357491
Texas Bar No. 24079195
Email: Marion@mrtrial.com
3636 South Alameda, Ste. B119
Corpus Christi, Texas 78411
Direct:  (361) 273-6771
Fax:  (361) 704-8355
** Service Email**  Service@mrtrial.com

ATTORNEYS FOR
CO-CREDITORS/CO-PLAINTIFFS

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and the foregoing document has been sent to all known counsel pursuant to the Federal Rules of Civil Procedure on this 7th day of April, 2026 via the CM/ECF system.

I hereby further certify that I have on this day served the foregoing document via email upon the following:

William B. Kingman
3511 Broadway
San Antonio, Texas 78209
210-829-1199
Email: bkingman@kingmanlaw.com

Dated: April 7, 2026

/s/Marion M. Reilly